128 P.3d 363

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Han | 25979 | 01/17/2006 | Vacated, affirmed & remanded |
| State v. Noha | 25563 | 01/19/2006 | Affirmed, vacated & remanded |
| State v. Adams | 26064 | 01/25/2006 | Affirmed |
| State v. Gaines | 26512 | 01/31/2006 | Affirmed |